UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AURORA CERVANTES, | Case No. 1:16-cv-01787-LJO-MJS |
|---|---|
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| J AND N PETROLEUM, INC., et al., | **(ECF NO. 14)** |
| Defendants. | **FOURTEEN (14) DAY RESPONSE DEADLINE** |

Plaintiff initiated this action on November 26, 2016. (ECF No. 1.) On January 17, 2017, prior to Defendants' filing their answer and prior to the initial scheduling conference, counsel for Plaintiff filed a notice of settlement and requested sixty days in which to file a notice of dismissal. (ECF No. 13.) On February 21, 2017, the Court ordered the parties to file dispositional documents within sixty days. The parties were warned that failure to comply or request an extension of time may be ground for imposition of sanctions. (ECF No. 14.) The sixty day deadline passed without the parties submitting said documents or seeking an extension of time to do so.

Local Rule 110 provides, "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Here, Plaintiff's failure to take required action in this matter wastes judicial resources. Accordingly, it is HEREBY ORDERED that:

1. Within fourteen days, Plaintiff is ordered to show cause why monetary or terminating sanctions should not be issued for failure to comply with the orders of this Court;
2. Within fourteen days Plaintiff is ordered to file dispositional documents or request an extension of time to do so, in compliance with the Court's February 21, 2017 minute order; and
3. Failure to comply with this order may result in sanctions, including monetary and terminating sanctions.

IT IS SO ORDERED.

Dated: May 5, 2017      /s/ *Michael J. Seng*
                        UNITED STATES MAGISTRATE JUDGE